**IN THE UNITED STATE DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| WALTER WOERN and<br>ROBYN WOERN, h/w<br><br>*Plaintiffs,*<br><br>v.<br><br>THE WHITING-TURNER CONTRACTING COMPANY, THE TRUSTEES OF PRINCETON UNIVERSITY, MILO PLASTERING, LLC, and ABC CORPORATIONS (1-2)<br><br>*Defendants.* | CIVIL ACTION<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>No. 2:25-cv-18516-JXN-SDA |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Walter Woern and Robyn Woern, by and through their attorneys, Saltz Mongeluzzi & Bendesky P.C., hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against defendants, The Whiting-Turner Contracting Company, The Trustees of Princeton University, Milo Plastering, LLC, and ABC Corporations (1-2), with each party to bear its own costs and attorneys' fees. No defendant in this action has answered or filed for summary judgment and a class has not been certified.

Respectfully submitted,

*/s/ E. Douglas DiSandro, Jr.*

E. Douglas DiSandro, Jr.
Saltz Mongeluzzi & Bendesky, PC
8000 Sagemore Drive, Suite 8303
Marlton, NJ 08053
Tel: (215) 575-3997
Fax: (215) 496-0999
ddisandro@smbb.com
*Attorneys for Plaintiff*

**So ORDERED on 12/15/2025:**

**JULIEN XAVIER NEALS**
**United States District Judge**

Date: December 12, 2025